Natu J. Patel, SBN 188618
Daniel H. Ngai, SBN 302297
Kunal Jain, SBN 296642
**THE PATEL LAW FIRM, P.C.**
22952 Mill Creek Drive
Laguna Hills, California 92653
Phone: 949.955.1077
Facsimile: 949.955.1877
NPatel@thePatelLawFirm.com

Attorneys for Plaintiff,
Starbuzz Tobacco, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STARBUZZ TOBACCO, INC., a California Corporation,<br><br>Plaintiff,<br>vs.<br><br>STAR HOOKAH, INC., a California Corporation; STAR HOOKAH LOUNGE, INC., a California Corporation; STAR HOOKAH HOLLYWOOD, INC., a California Corporation; NATHAN MADANI, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:17−cv−0798 CJC (DFMx)<br>**Honorable Cormac J. Carney**<br><br>**PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND CASE-INITIATING DOCUMENTS TO DEFENDANT STAR HOOKAH LOUNGE, INC.; AFFIDAVIT OF DUE DILIGENCE** |

| Attorney or Party without Attorney: NATU J. PATEL, ESQ., SBN 188618<br>THE PATEL LAW FIRM, P.C.<br>22952 MILL CREEK DRIVE<br>LAGUNA HILLS, CA 92653<br>Telephone No: (949) 955-1077 FAX No: (949) 955-1877<br>Attorney for: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: United States District Court For The Central District Of California | | |
| Plaintiff: STARBUZZ TOBACCO, INC., A CALIFORNIA CORPORATION<br>Defendant: STAR HOOKAH, INC., ET AL. | | |

| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: 8:17-CV-00798-CJC-DFM |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE OF PARTIES OF COURT-DIRECTED ADR PROGRAM.

3. *a. Party served:* STAR HOOKAH LOUNGE, INC., A CALIFORNIA CORPORATION
   *b. Person served:* NATHAN MADANI, AGENT FOR SERVICE OF PROCESS

4. *Address where the party was served:* 6430 HOLLYWOOD BOULEVARD, LOS ANGELES, CA 90015

5. *I served the party:*
   b. **by substituted service.** On: Thu., May. 18, 2017 at: 10:45PM by leaving the copies with or in the presence of:
   MALCOLM TOCHARIAN, MANAGER
   SERVED UNDER F.R.C.P. RULE 4
   (1) **(Business)** Person of suitable age and discretion. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. ***Person Who Served Papers:***
   a. MOHAMMAD RAFIQUZZAMAN

   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone (213) 250-9111
   Fax (213) 250-1197
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. ***The Fee** for Service was:* $79.03
   e. I am: (3) registered California process server
   *(i)* Independent Contractor
   *(ii) Registration No.:* 6600
   *(iii) County:* Los Angeles

8. ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.***
   ***Date: Fri, May. 19, 2017***

(MOHAMMAD RAFIQUZZAMAN)

<table>
<tr><td colspan="4">Attorney or Party without Attorney:<br>NATU J. PATEL, ESQ., SBN 188618<br>THE PATEL LAW FIRM, P.C.<br>22952 MILL CREEK DRIVE<br>LAGUNA HILLS, CA 92653<br>Telephone No: (949) 955-1077 FAX No: (949) 955-1877<br>Ref. No or File No.:<br>Attorney for: Plaintiff</td><td rowspan="3">For Court Use Only</td></tr>
<tr><td colspan="4">Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Central District Of California</td></tr>
<tr><td colspan="4">Plaintiff: STARBUZZ TOBACCO, INC., A CALIFORNIA CORPORATION<br>Defendant: STAR HOOKAH, INC., ET AL.</td></tr>
<tr><td>PROOF OF SERVICE<br>By Mail</td><td>Hearing Date:</td><td>Time:</td><td>Dept/Div:</td><td>Case Number:<br>8:17-CV-00798-CJC-DFM</td></tr>
</table>

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE OF PARTIES OF COURT-DIRECTED ADR PROGRAM.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing: Fri., May. 19, 2017
   b. Place of Mailing: SANTA ANA, CA 92701
   c. Addressed as follows: STAR HOOKAH LOUNGE, INC., A CALIFORNIA CORPORATION
      6430 HOLLYWOOD BOULEVARD
      LOS ANGELES, CA 90015

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., May. 19, 2017 in the ordinary course of business.

5. *Person Serving:*
   a. OMAR MURILLO
   b. FIRST LEGAL SUPPORT SERVICES
      600 W. Santa Ana Boulevard
      Suite #101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. ***The Fee** for Service was:* $79.03
   e. I am: (3) registered California process server
      *(i)* Independent Contractor
      *(ii) Registration No.:* 4040
      *(iii) County:* Orange
      *(iv) Expiration Date:* Fri, Jul. 13, 2018

8. ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.***
***Date: Fri, May. 19, 2017***

**(OMAR MURILLO)**

| Attorney or Party without Attorney: NATU J. PATEL, ESQ., SBN 188618<br>THE PATEL LAW FIRM, P.C.<br>22952 MILL CREEK DRIVE<br>LAGUNA HILLS, CA 92653<br>Telephone No: (949) 955-1077 FAX: No: (949) 955-1877<br>Attorney for: Plaintiff | Ref. No or File No.: | | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: United States District Court For The Central District Of California | | | | |
| Plaintiff: STARBUZZ TOBACCO, INC., A CALIFORNIA CORPORATION<br>Defendant: STAR HOOKAH, INC., ET AL. | | | | |
| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 8:17-CV-00798-CJC-DFM |

1. I, MOHAMMAD RAFIQUZZAMAN, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant NATHAN MADANI, AN INDIVIDUAL as follows:

2. *Documents:* **Summons In A Civil Action; Complaint; Civil Cover Sheet; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice Of Assignment To United States Judges; Notice Of Parties Of Court-Directed Adr Program.**

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 05/12/17 | 12:00pm | Business | BUSINESS DOOR CLOSED/LOCKED. NO RESPONSE TO KNOCKING. BUSINESS OPENS AT 4:00 PM. Attempt made by: MOHAMMAD RAFIQUZZAMAN, Registration #6600 Los Angeles County. Attempt at: 6430 HOLLYWOOD BOULEVARD LOS ANGELES, CA 90015. |
| Tue | 05/16/17 | 9:00pm | Business | SUBJECT IS NOT IN AT THIS TIME. NO FURTHER INFORMATION WAS GIVEN. Attempt made by: MOHAMMAD RAFIQUZZAMAN. Attempt at: 6430 HOLLYWOOD BOULEVARD LOS ANGELES, CA 90015. |
| Thu | 05/18/17 | 10:45pm | Business | Substituted Service on: NATHAN MADANI, AN INDIVIDUAL Business - 6430 HOLLYWOOD BOULEVARD LOS ANGELES, CA 90015 by Serving: party in item 3.a. Person of suitable age and discretion by leaving a copy of the document(s) with: MALCOLM TOCHARIAN, MANAGER<br>SERVED UNDER F.R.C.P. RULE 4. Served by: MOHAMMAD RAFIQUZZAMAN |
| Fri | 05/19/17 | | | Mailed copy of Documents to: NATHAN MADANI, AN INDIVIDUAL |

3. *Person Executing*
   a. MOHAMMAD RAFIQUZZAMAN
   **b. FIRST LEGAL SUPPORT SERVICES**
   1511 BEVERLY BOULEVARD
   LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $31.50
*e. I am:* (3) registered California process server
*(i)* Independent Contractor
*(ii) Registration No.:* 6600
*(iii) County:* Los Angeles

4. ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.***
Date: Fri, May. 19, 2017

**AFFIDAVIT OF DUE DILIGENCE** **(MOHAMMAD RAFIQUZZAMAN)**

11152859.patla3.889872

**PROOF OF SERVICE**
CENTRAL DISTRICT OF CALIFORNIA
*Starbuzz Tobacco, Inc. v. Star Hookah, Inc., et al.*
Case No.: 8:17–cv–0798 CJC (DFMx)

I, the undersigned, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of **18** years, and not a party to the within action. My business address is: 22952 Mill Creek Drive, Laguna Hills, California 92653.

On May 26, 2017, I served the following document(s):

**PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND CASE-INITIATING DOCUMENTS TO DEFENDANT STAR HOOKAH LOUNGE, INC.; AFFIDAVIT OF DUE DILIGENCE**

on the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

Nicholas Myers, Esq.
**MYERS BERNSTEIN LLP**
4 Executive Circle, Suite 100
Irvine, CA 92614

Nathan Madani
**STAR HOOKAH LOUNGE, INC.**
6430 Hollywood Boulevard
Los Angeles, CA 90015

| | |
|---|---|
| ☒ | **By Mail:** I am readily familiar with The Patel Law Firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Laguna Hills, California. |

Executed on May 26 2017, at Santa Ana, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Korey Dufek