# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUZZ TOBACCO, INC., a California Corporation,<br><br>Plaintiff,<br>vs.<br><br>STAR HOOKAH, INC., a California Corporation; STAR HOOKAH LOUNGE, INC., a California Corporation; STAR HOOKAH HOLLYWOOD, INC., a California Corporation; NATHAN MADANI, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:17−cv−0798 CJC (DFMx)<br>**Honorable Cormac J. Carney**<br><br>**ORDER RE: STIPULATION FOR DEFENDANTS TO FILE FIRST AMENDED ANSWER, AND GRANTING PLAINTIFF AN EXTENSION, IF NECESSARY, TO FILE A MOTION TO STRIKE AFFIRMATIVE DEFENSES** |

The Court, having considered the Joint Stipulation for Defendants Star Hookah, Inc., Star Hookah Lounge, Inc., Star Hookah Hollywood, Inc., and

Nathan Madani ("collectively "Defendants") to File First an Amended Answer and Request for Order Granting Extension of Time for Plaintiff Starbuzz Tobacco, Inc. ("Plaintiff") to File a Motion to Strike Affirmative Defenses, and with good cause appearing,

**IT IS HEREBY ORDERED** that Defendants shall file an amended answer amending affirmative defenses numbered 2-14 and 16-20 on or before June 20, 2017.

**IT IS HEREBY FURTHER ORDERED** that if Defendants fail to file an amended answer amending said affirmative defenses by June 20, 2017, Plaintiff shall have until June 30, 2017 to file a motion to strike the affirmative defenses.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff shall have the option to challenge Defendants' amended answer pursuant to the Federal Rules of Civil Procedure and applicable law.

**IT IS SO ORDERED.**

Dated: June 16, 2017

_____
Honorable Cormac J. Carney
United States District Judge

**CERTIFICATE OF SERVICE**
CENTRAL DISTRICT OF CALIFORNIA
Starbuzz Tobacco, Inc. v. Star Hookah, Inc., et al:
Case No.: 8:17−cv−0798 CJC (DFMx)

The undersigned certifies that on June 13, 2017, the following documents and all related attachments ("Documents") were filed with the Court using the CM/ECF system.

**[PROPOSED] ORDER RE: STIPULATION FOR DEFENDANTS TO FILE FIRST AMENDED ANSWER, AND GRANTING PLAINTIFF AN EXTENSION, IF NECESSARY, TO FILE A MOTION TO STRIKE AFFIRMATIVE DEFENSES**

Pursuant to L.R. 5-3.2, all parties to the above case and/or each attorneys of record herein who are registered users are being served with a copy of these Documents via the Court's CM/ECF system.  Any other parties and/or attorneys of record who are not registered users from the following list are being served by first class mail.

/s/ Natu J. Patel
Natu J. Patel